USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 03 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROBINSON PERALTA,

     Plaintiff,

 -against-

UNIVERSAL PROTECTION SERVICE, LLC d/b/a:
ALLIED UNIVERSAL; and Individually and
Jointly, ISMAIL CID, ANA LOPEZ; DANIELA
ROJAS AND BILL FLORES

     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 6388 (GBD)

GEORGE B. DANIELS, United States District Judge:

 By order dated October 26, 2020, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*. Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

 To allow Plaintiff to effect service on Defendants Universal Protection Services, LLC (doing business as Allied Universal) through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form (USM-285 form) for this defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon this defendant. On November 4, 2020, this Court ordered the issuance of summonses to the Defendants and extended the time to serve the complaint until 90 days after the date the summonses were issued and informed Plaintiff that they may request a further extension of the

time for service. (ECF No. 10.) Summonses were issued November 4, 2020. (ECF No. 11) Therefore, Plaintiff has until February 2, 2021 to serve Defendants with the complaint. Plaintiff's request for an extension of time to serve to "60-days after the date when Defendant Companies provide Plaintiff with addresses where the U.S. can effect service upon them" is premature.

In light of the delays in service, the December 17, 2020 initial conference is adjourned to February 4, 2021 at 9:30 a.m.

## CONCLUSION

The Clerk of Court is instructed to complete the USM-285 forms with the addresses for Universal Protection Services, LLC (doing business as Allied Universal), and deliver all documents necessary to effect service to the U.S. Marshals Service.

SO ORDERED.

Dated: December 3, 2020
New York, New York

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

## DEFENDANT AND SERVICE ADDRESSES

1. Universal Protection Services (d/b/a Allied Universal)
   111 Eighth Ave
   New York, New York 10011