UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ROBINSON PERALTA,

        Plaintiff,

-against-

UNIVERSAL PROTECTION SERVICE, LLC d/b/a:
ALLIED UNIVERSAL; and Individually and
Jointly, ISMAIL CID, ANA LOPEZ; DANIELA
ROJAS AND BILL FLORES

        Defendants.

------------------------------------- x

ORDER

20 Civ. 6388 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: May 12, 2021
      New York, New York

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge